IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE



In re: Search Warrant ) No. - 05-96M-MPT
)
)

## MOTION TO SEAL

The United States moves to seal the Application for Search Warrant, Search Warrant, and the entire file until further order of the Court.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 7-1-05

IT IS SO ORDERED this __1st__ day of __July__, 2005.

_____
HONORABLE GREGORY M. SLEET
United States District Court