AO 93 (Rev. 5/85)  Search Warrant  ⊕

# United States District Court

DISTRICT OF **Delaware**

In the Matter of the Search of

<small>(Name, address or brief description of person or property to be searched)</small>

███████ **Bear, Delaware, described more particularly on Attachment A**

**SEARCH WARRANT**

CASE NUMBER: **05-96M- MPT**

**REDACTED**

TO: ___**SA Anthony H. Crabtree, FBI**___ and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___**SA Anthny H. Crabtree, FBI**___ who has reason to
<small>Affiant</small>

believe that ☐ on the person of or ☒ on the premises known as <small>(name, description and/or location)</small>

████████ **Bear, DE, described more particularly above**

in the _____ District of ___**Delaware**___ there is now

concealed a certain person or property, namely <small>(describe the person or property)</small>

    **see Attachment B**

F I L E D

FEB 2 8 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person
or property so described is now concealed on the person or premises above-described and establish grounds for
the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before ___**July 11, 2005**___
<small>Date</small>

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant
and making the search (in the daytime — 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find
reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy
of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or prop-
erty seized and promptly return this warrant to _____
<small>U.S. Judge or Magistrate</small>
as required by law.

**You are further authorized to remove all videotapes and all computer hardware, software,
and data storage media from the premises for an off the premises search.**

___**July 1, 2005**___  ___**12:23 P.M.**___      at    **Wilmington, Delaware**
<small>Date and Time Issued</small>                        <small>City and State</small>

**Honorable Gregory M. Sleet**
**United States District Court**

_____      _____
<small>Name and Title of Judicial Officer</small>                  <small>Signature of Judicial Officer</small>

AO 93 (Rev 5/85)  Search Warrant

| RETURN | | |
|---|---|---|
| DATE WARRANT RECEIVED<br>7/1/05 | DATE AND TIME WARRANT EXECUTED<br>7/8/05   6:00 Am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>DENNIS DIEHL |
| INVENTORY MADE IN THE PRESENCE OF<br>Special Agent Greg Mrozek (FBI) | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED LIST.

**CERTIFICATION**

CERTIFIED

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

SA. Anthony H. Crabtree

Subscribed, sworn to, and returned before me this date.

_____        7/25/05
U.S. Judge or Magistrate                            Date

<u>Items Seized</u>

Item #1 27 DVDs/CDs recovered from Room B.

Item #2 Three (3) pictures of young females recovered from Room B.

Item #3 One (1) CPU-IBM Aptiva Computer, serial number 1S2139E5UAF80L09 recovered from Room B.

Item #4 One (1) July 2005 Comcast Cable bill for account number 09509 203121-04-4 recovered from Room A.

Item #5 One (1) DVD found in CyberHome DVD player located in Room C.

Item #6 One (1) Thermal Intake Skull CPU/Computer System recovered from Room C.

Item #7 One (1) Western Digital UGB/Firewire External hard drive recovered from Room C.

Item #8 One (1) Canon EOS 100 Digital camera with camera bag and associated lenses recovered from Room C.

Item #9 One (1) Canon Optura 500 camera with camera bag and associated accessories recovered from Room C.

Item #10 One (1) 8' X 10" black art portfolio recovered from Room B.

Item #11 Plastic popsicle molds recovered from Room D.

Item #12 Eleven (11) CDs and three (3) DVDs recordable recovered from Room C.

Item #13 Two (2) Maxell Mini DV cassettes recovered from Room C.

Item #14 One (1) Drive Financial Services bill dated 06/01/2005 for account #14955221000 recovered from Room C.

Item #15 One (1) CyberHome DVD player recovered from Room C.

Item #16 Six (6) DVDs/CDs recovered from Room C.

Item #17 Three (3) pair female underwear recovered from Room C.

Item #18 Sixteen (16) DVDs/CDs recovered from Room B.

Item #19 One (1) CVS Pharmacy container containing a white frozen

substance recovered from the refrigerator located in Room F.

Item #20 One (1) CVS Pharmacy container containing a white frozen substance recovered from the refrigerator located in Room F.

Item #21 Popsicle molds recovered from Room F

ATTACHMENT A

The location ▓▓▓▓▓▓▓▓ Bear, Delaware is an apartment located on the first floor of building ▓▓▓▓ of the ▓▓▓▓▓▓ apartment complex, It has a green front door with the numbers displayed on the front.

ATTACHMENT B

ITEMS TO BE SEIZED


1.    Computer(s), computer hardware, computer software to
include but not limited to Peer 2 Peer software, computer
related documentation, computer passwords and data security
devices, videotapes, video recording devices, video recording
players, and video display monitors that may be, or are used
to:  visually depict child pornography or child erotica;
display or access information pertaining to a sexual interest
in child pornography; display or access information pertaining
to sexual activity with children; or distribute, possess, or
receive child pornography, child erotica, or information
pertaining to an interest in child pornography or child
erotica.

2.    Any and all computer software, including programs to
run operating systems, applications (such as word processing,
graphics, or spreadsheet programs), utilities, compilers,
interpreters, and communications programs, including, but not
limited to, P2P software.

3.    Any and all notes, documents, records, or
correspondence, in any format and medium (including, but not
limited to, envelopes, letters, papers, e-mail messages, chat
logs and electronic messages, and handwritten notes pertaining

to the possession, receipt, or distribution of child

pornography as defined in 18 U.S. C. § 2256(8) or to the

possession, receipt or distribution of visual depictions of

minors engaged in sexually explicit conduct as defined in 18

U.S. C. § 2256(2).

    4.   In any format and medium, all originals, computer

files, copies, and negatives of child pornography as defined

in 18 U.S.C. § 2256(8), visual depictions of minors engaged in

sexually explicit conduct as defined in 18 U.S.C. § 2256(2),

or child erotica, including but not limited to the following

computer files:

    a. PTHC Childlover P050.jpg (Image depicts a female

child, approximately 10 years old sitting in a chair exposing

her genital area in a lascivious manor).

    b. PTHC Childlover P035.jpg (Image depicts a female

child, approximately 10 years old on her knees without any

clothes on exposing her genital area in a lascivious manor).

    c. PTCH Childlover P003.jpg (Image depicts a female

child, approximately 11 years old performing oral sex on a

male individual).

    d. PTHC Childlover P036.jpg (Image depicts a female

child, approximately 10 years old lying on a bed without and

cloths on exposing her genital area in a lascivious manor).

    e. PTHC Childlover P037.jpg (Image depicts a female

child, approximately 10 years old lying on a bed without and

cloths on exposing her genital area in a lascivious manor).

f. PTHC Childlover P049.jpg (Image depicts a female

child, approximately 10 years old sitting in a chair exposing

her genital area in a lascivious manor).

g. PTHC Childlover P038.jpg (Image depicts a female

child, approximately 10 years old lying on a bed fully dressed

with her legs spread apart).

5.  Any and all diaries, address books, names, and lists

of names and addresses of individuals who may have been

contacted by use of the computer or by other means for the

purpose of distributing or receiving child pornography as

defined in 18 U.S.C. § 2256(2).

6.  Any and all notes, documents, records, or

correspondence, in any format or medium (including, but not

limited to, envelopes, letters, papers, e-mail messages, chat

logs and electronic messages, and handwritten notes),

identifying persons transmitting, through interstate or

foreign commerce by any means, including, but not limited to,

by the United States Mail or by computer, any child

pornography as defined in 18 U.S.C. § 2256(8) or any visual

depictions of minors engaged in sexually explicit conduct, as

defined in 18 U.S.C. § 2256(2).

7.  Any and all notes, documents, records, or

correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, other digital data files and web cache information) concerning the receipt, transmission, or possession of child pornography as defined in 18 U.S.C. § 2256(8) or visual depictions of minors engaged in sexually explicit conduct, as defined in 18 U.S.C. § 2256(2).

8.    Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning communications between individuals about child pornography or the existence of sites on the Internet that contain child pornography or that cater to those with an interest in child pornography.

9.    Any and all notes, documents, records, or correspondence, in any format or medium (including, but not limited to, envelopes, letters, papers, e-mail messages, chat logs and electronic messages, and other digital data files) concerning membership in online groups, clubs, or services that provide or make accessible child pornography to members.

10.  Any and all records, documents, invoices and materials, in any format or medium (including, but not limited to, envelopes, letters papers, e-mail messages, chat logs and

electronic messages, and other digital data files) that
concern accounts with an Internet Service Provider.

11.  Any and all records, documents, invoices and
materials, in any format or medium (including, but not limited
to, envelopes, letters, papers, e-mail messages, chat logs and
electronic messages, and other digital data files) that
concern online storage or other remote computer storage,
including, but not limited to, software used to access such
online storage or remote computer storage, user logs or
archived data that show connection to such online storage or
remote computer storage, and user logins and passwords for
such online storage or remote computer storage.

12.  Any and all cameras, film, videotapes or other
photographic equipment.

13.  Any and all visual depictions of minors that may be
connected to other visual depictions of minors engaging in
sexual explicit conduct.

14.  Any and all address books, mailing lists, supplier
lists, mailing address labels, and any and all documents and
records, in any format or medium (including, but not limited
to, envelopes, letters, papers, e-mail messages, chat logs and
electronic messages, and other digital data files), pertaining
to the preparation, purchase, and acquisition of names or
lists of names to be used in connection with the purchase,

sale, trade, or transmission, through interstate or foreign
commerce by any means, including by the United States Mail or
by computer, any child pornography as defined in 18 U.S.C. §
2256(8) or any visual depiction of minors engaged in sexually
explicit conduct, as defined in 18 U.S.C. § 2256(2).

  15. Any and all documents, records, or correspondence,
in any format or medium (including, but not limited to,
envelopes, letters, papers, e-mail messages, chat logs and
electronic messages, and other digital data files), pertaining
to occupancy or ownership of the premises described above,
including, but not limited to, rental or lease agreements,
mortgage documents, rental or lease payments, utility and
telephone bills, mail envelopes, or addressed correspondence.

  16. Any and all diaries, notebooks, notes, and any other
records reflecting personal contact and any other activities
with minors visually depicted while engaged in sexually
explicit conduct, as defined in 18 U.S.C. § 2256(2).

  17. Any and all indicia of possession and use of the
computer located at ▮▮▮▮▮▮▮▮▮▮ Newark, Delaware,
(including, but not limited to, Internet Provider subscriber
records including but not limited to Comcast Communication
Internet Services, correspondence, e-mail messages, email
headers, email accounts information, chat logs, screen names,
buddy lists, electronic messages, web cache information,

employment records, rental or lease agreements, and rental or
lease payments).